IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRELL PATRICK CORVETTE HOPPER**            **PETITIONER**

v.            **No. 4:18CV243-MPM-DAS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**            **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 25th day of October, 2021.

                                                   /s/ Michael P. Mills
                                                   UNITED STATES DISTRICT JUDGE
                                                   NORTHERN DISTRICT OF MISSISSIPPI