IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRELL PATRICK CORVETTE HOPPER**                          **PETITIONER**

**v.**                                                                                                 **No. 4:18CV243-MPM-DAS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                   **RESPONDENT**

**CERTIFICATE OF APPEALABILITY**

The court has entered a final judgment in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254, and the court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that **a certificate of appealability should not issue.**

For the reasons stated in its opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c) (1) and (2). Specifically, the court finds, for the reasons set forth in its memorandum opinion and final judgment, that the instant petition for a writ of habeas corpus should be denied.

**SO ORDERED**, this, the 25th day of October, 2021.

                                                       /s/ Michael P. Mills
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI